Generated: Apr 11, 2023 1:32PM

# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Apr 11, 2023 1:32PM

AARON P WEST

Rcpt. No: 20008491     Trans. Date: Apr 11, 2023 1:32PM     Cashier ID: #RF

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |
| 601 | Electronic Printing Fee | | 10 | 0.10 | 1.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| PC | OTCnet Check | #19-321433216 | 03/12/2023 | $403.00 |
| | | | Total Due Prior to Payment: | $403.00 |
| | | | Total Tendered: | $403.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

REC'D APR 11

    

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
**Societas Republicae Ea Al Maurikanos**
*Aboriginal and Indigenous Natural Peoples of the Land*
*Northwest Amexem / Northwest Africa / North America*
**'THE NORTH GATE'**
*The True and De jure Al Moroccans / Americans*
Certificate of Service
March 21st, 1444 M.C.Y. - 2023 [C.C.Y.]

I Harun al-rashid El, Aboriginal Indigenous National Domicile - North Gate, Divine Being manifested in the Flesh, Living being; Ex. Rel. AARON P. WEST All Rights Reserved. Is to certify that I have this day certified:

International Court of Justice
Peace Palace, Canegieplein 2 2517 KJ The Hague, Netherland

International Criminal Court
52 rue des Paquis - CH – 1201Geneva Switzerland

Jurgen Stock
Interpol  200 Quai Charles de Gaulle Lyon, France 69006

United Nations, High Commissioner for Human Rights
52 rue des Paquis - CH - 1201 Geneva Switzerland

United States Attorney General
United States Justice Department
[950 Pennsylvania Avenue NW Washington District of Columbia. [20530-0001]

John G. Roberts, Chief Justice
United States Supreme Court
1 First Street NE, Washington, District of Columbia 20543

Great Seal National Association of Moorish Affairs

**With this: Lawful and Legal Suit In The District Court astern District of Pennsylvania,**
**pursuant to the one United States Supreme Court for the United States**
**by certified mail, FedEx, and hand delivery therein to assure delivery to:**

**Office of the Clerk of Court**
**James Byrne U.S. Courthouse, 601 Market Street, Philadelphia Pennsylvania 19106**

Office of the Clerk of Court

**Edward N. Cahn U.S. Courthouse & Federal Building, 504 W. Hamilton Street,**

**Allentown Pennsylvania 18101**

It is Hereby Certified that service of the foregoing **Lawful and Legal Suit,** has been made upon the above addressee by depositing a copy in the United States Republic mail, via FedEx postage prepaid, this _____ day of _April_____, 1444 M.C. [2023 C.C.Y.]

Harun al-rashid El,
Authorized Representative, Natural Person, In Propria Persona:
Sui Juris All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Latitude: 39.911624 / Longitude: -75.2405736
Care of: P.O. Box 4941

1

   

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
Societas Republicae Ea Al Maurikanos
*Aboriginal and Indigenous Natural Peoples of the Land*
*Northwest Amexem / Northwest Africa / North America*
'THE NORTH GATE'
*The True and De jure Al Moroccans / Americans*
Lawful and Legal Suit
In
**The Supreme Court for the United States Republic**
via The United States District Court Eastern District for Pennsylvania
Pursuant To the Constitution For The United States of America - Article VI, IV, Fifth
Amendment - Taking Clause, Eigth Amendment, Zodiac Constitution - Article 1,2,3,4.
Title(s) 28 USC S 1331 Federal Question and 28 USC S 1332 Diversity of Citizenship
within the Jurisdiction of the Supreme Court via the Federal Article III Court.

**Harun al-rashid El**, Heir by Birthright and Primogeniture, and Authorized Representative, Natural Person; Living, Sentient, Divine Being; In Propria Persona, Sui Juris, Sui Hæredes, In Solo Proprio, **Ex Relatione: AARON P. WEST** / Private Estate / 'Man of Straw' / Transmitting Utility, All Rights Reserved.

Plaintiff

- against -

**Idee C. Fox, Rochelle Bilal, Jesse Loomis, Jonathan Philip a.k.a. Jonathan Aday, Jonathin Idemudian, Tariq El Shabazz, Semile Robinson, Curtis Douglas, and the CITY OF PHILADELPHIA**, operating in a private, and commercial capacity, as the Corporate Operations of the Municipality operating on the land designated corporately as CITY OF PHILADELPHIA, a subsidiary company doing business under the Jurisdiction of the Corporate STATE OF PENNSYLVANIA, doing rouge business as the bankrupt and insolvent service contracting company corporately designated as the UNITED STATES.

Defendant(s)

ORIGINAL JURISDICTION
"MINISTERS CONSULS
DIPLOMATS"
Article III, Section 2: Article VI
United States Republic Constitution 1971
Treaty of Peace and Friendship
"Established Law of the Land"
Federal Question(s):
Constitution / Treaty violations:
Religious Liberty:
Due Process, etc.
Supreme Court Rulings

1

## I. Parties in this complaint

A.

### Plaintiff

Harun al-rashid El, Heir by Birthright and Primogeniture, and Authorized Representative, Natural Person; Living, Sentient, Devine Being; In Propria Persona, Sui Juris, Sui Hæredes, In Solo Proprio, **Ex Relatione: AARON P. WEST**/Private Estate/'Man of Straw'/Transmitting Utility
Care of: P.O. Box 4941
Philadelphia Territory via,
Pennsylvania State Republic
Zip Exempt [19119]
via united States republic for North America
Non-Domestic, Non-Resident, Non-Subject
via United States Mail at North America / Northwest Amexem

B.

### Defendants

| | | |
|---|---|---|
| **Defendant's No.1** | **Name** | Idee C. Fox |
| | **Street Address** | CITY HALL, 1400 John F. Kennedy Blvd. Room 656 |
| | **County / City** | PHILADELPHIA |
| | **State & Zip Code** | PENNSYLVANIA 19107-3260 |
| | | |
| **Defendant's No.2** | **Name** | Rochelle Bilal |
| | **Street Address** | 100 South Broad Street, Land Title Building |
| | **County / City** | PHILADELPHIA |
| | **State & Zip Code** | PENNSYLVANIA 19102 |
| | | |
| **Defendant's No.3** | **Name** | Tariq El Shabazz |
| | **Street Address** | 100 South Broad Street, Land Title Building |
| | **County / City** | PHILADELPHIA |
| | **State & Zip Code** | PENNSYLVANIA 19102 |
| | | |
| **Defendant's No.4** | **Name** | Jesse Loomis |
| | **Street Address** | 8785 Georgia Avenue Ste 520, |
| | **County / City** | SILVER SPRING |
| | **State & Zip Code** | MARYLAND 20910 |
| | | |
| **Defendant's No.5** | **Name** | Jonathin Idemudian A.K.A. Jonathan Philip |
| | **Street Address** | 107 West Broad Street / bossini4real@yahoo.co.uk |
| | **County / City** | HATFIELD |
| | **State & Zip Code** | PENNSYLVANIA 19440 |
| | | |
| **Defendant's No.6** | **Name** | Jonathan Philip A.K.A Jonathin Idemudian |
| | **Street Address** | bossini4real@yahoo.co.uk |
| | **County / City** | PHILADELPHIA |
| | **State & Zip Code** | PENNSYLVANIA 19440 |

2

| Defendant's No.7 | **Name** | Semile Robinson |
| | **Street Address** | 100 South Broad Street, Land Title Building, 5th Floor |
| | **County / City** | PHILADELPHIA |
| | **State & Zip Code** | PENNSYLVANIA 19102 |

| Defendant's No.8 | **Name** | Curtis Douglas |
| | **Street Address** | 100 South Broad Street, Land Title Building |
| | **County / City** | PHILADELPHIA |
| | **State & Zip Code** | PENNSYLVANIA 19102 |

| Defendant's No.9 | **Name** | PHILADELPHIA CITY HALL |
| | **Street Address** | 1401 John F. Kennedy Boulevard, Ste 102 |
| | **County / City** | PHILADELPHIA |
| | **State & Zip Code** | PENNSYLVANIA 19102 |

## II.
## Jurisdiction

**A.** Jurisdiction / Venue - The United States District Court Eastern District of Pennsylvania pursuant to The One Supreme Court for the United States Republic for North America; pursuant to the Fifth Amendment Taking Clause and Due Process of Law; pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution for the United States of America 1791; pursuant to Article VI; and reaffirmed by Obligatory Official Oaths.

**B.** This action containing the Federal Question based upon evidence of Constitution violations via violation of the 5th Amendment's [Taking Clause], and Due Process of Law thus, violation of Article VI which involves Treaty of Peace and Friendship Article(s) 4, 20, 21, and 24; As well as,

**C.** Actions containing evidence of Diversity of Citizenship pursuant to Article III section 2. Plaintiff's political designation is Moorish American; National; true American of North America. Northwest Amexem. Defendant(s) are designated under a Juristic Citizenship Status/State of the U.S. via Corporate States. Defendant Jesse Loomis is a citizen of the State of Maryland. There is no common state citizenship between plaintiff and Defendant(s) in this suit.

This action containing evidence also of violations of Article IV, as well as, the 1st Amendment - (Right to be heard, Right to speech, communion and print), 4th Amendment (protection from unreasonable searches and seizures, and to be secure in ones person, papers and effects) and 8th Amendment (Ban on excessive Fines). Also, Evidence of Willful Malfeasance (Color of Office, Unlawful and Illegal Misconduct) by acts of conversion, misprision, and Fraudulent Contracting Practices (illegal contracting), resulting in an irreparable injury for this Moor who is by Jus Sanguine, tide to the land by blood and Birthright. Thereby, pursuant to the Treaty of Peace and Friendship, and the Constitution for the United States Republic for North America, this de jure civic action is commenced for reversion of estate, and for Compensatory and declaratory relief for damages pursuant to the Constitution for the United States of America (1791) - pursuant to Article VI, Article III section 2, Article IV, 1st, 4th, 5th, and 8th Amendments / Bill of Rights is brought against the Defendant(s) to secure due process of law, equal protection and other rights, privileges and immunity guaranteed to Plaintiff secured by the Constitution, Treaties, and Laws of these United States Republic against all Constitutional violations.

3

Jurisdiction of the de jure United States Republic Supreme Court - Pennsylvania is invoked under The Zodiac Constitution AA222141 recorded in the Library of Congress, pursuant to the

Constitution for the United States 1791 / Treaty of Peace and Friendship 1787 - 1836 and laws of the United States Republic as follows: Zodiac Constitution Articles I, II, II, IV.
Treaty of Peace and Friendship (1787 - 1836) - Articles XX, XXI
United States Republic Constitution
United Nations Rights of Indigenous People - Federally Enforced Pursuant to Article VI of the Constitution (1791) for the United States of America Republic.
United Nations Universal Declaration of Human Rights 1948; Article 4; Article 12; Articles 15 (1); Article 17 (1) and (2); Article 28

**Venue**

The United States District Court - Eastern District of Pennsylvania pursuant to the One Supreme Court for the United States Republic for North America, pursuant to Article VI, Article III section 2, Article IV, and Amendments 1, 4, 5, and 8.

**COMES NOW** Harun al-rashid El, <u>Ex. Relatione AARON P WEST</u> All Rights Reserved, Natural person of America, In Propria Persona, Sui Juris, (not to be confused with, nor substituted by, Pro. Se by unauthorized hands of another) to communicate, and to clear up any matters of insensate, to secure due process by the commence of this Lawful and Legal suit to challenge the Corporate Operations of the Municipality operating on the land designated corporately as CITY OF PHILADELPHIA, and its agents who transferred the surplus equity of the property care of [7337 Chelwynde Avenue Philadelphia Pennsylvania [19153]] belonging to Aaron West and any derivative thereof, to a third party violating the Taking Clause of the Fifth Amendment, as well as, Excessive Fines in violation of the Eighth Amendment of the Constitution for the United States Republic. As I have a protected property interest in my property.

I am a Aboriginal, and Indigenous man, Moorish American, National, possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution (1791) for the United States Republic North America.

**Harun al-rashid El, Heir, Natural Divine Being Manifested in Human Flesh, In Propria Persona, Sui Juris and not a Statutory Person, Ex. Rel. AARON P WEST.**
Heir/ Demandant/ Plaintiff (Hereafter Plaintiff)

**Lanette Bey, Heir, Natural Divine Being Manifested in Human Flesh, In Propria Persona, Sui Juris (not to be confused nor submitted with Pro. Se); and not a Statutory Person.** Heir (Hereafter Witness)

**III.**
**Plaintiff Statement of Claim / Cause of Action /Statement of Fact**

A. Where did the events giving rise to my claim(s) occur?
   The Events / Violations occured at my property (private estate) care of 7337 Chelwynde Avenue, Philadelphia Pennsylvania [19153]

4

B. What date and approximate time did the events giving rise to my claim occur?
   Date & Time of Events / Violations occured: February 16th, 2023 at 9:00 AM.

C. About early August of 2019, a threatening notice that a suit by the CITY OF PHILADELPHIA v. AARON P. WEST was filed against me and my property, and was taped to my front property window. (See Exhibit 1) The threatenimg notice was for a Corporate Municipal venue hearing under a Color of Law dated for August 7th 2019, as my Mother was dying in the hospital, diagnosed with a stage 4 terminal cancer giving her only 6 weeks to no more than 4 Months to live, which prevented me from being able to attend such a hearing being conducted under a Ministerial jurisdiction without grants of judicial power from Legislature with regards to my property. I remained at my Mother's side day and night during her dificult time of only having a few Months left to live.

On or about March 21st of 2020 during a COVID-19 pandemic, Jim Kenny via the Corporate Operations of the Municipality operating on the land designated corporately as CITY OF PHILADELPHIA issued a public lockdown, during at which time my Mother had just passed away on March 21, 2020, the same time as the public lockdown began, denying me the right to having a memorial ceremony for my Mother, while at the same time a tax lien and Public Sale was being rapidly enforced upon my property under the Ens Legis AARON P. WEST, with an unknown derivative AARON R. WEST to misclassify and misrepresent me (See Exhibit 1a). However, because of this public lockdown all alleged Tax Foreclosures where suspended for 2020 (See: https://cedphilly.org as Exhibit 2).
On or About April 27th of 2021 a threatening notice (see Exhibit 2a) was again taped to my property as the public lockdown was slowly being lifted in April of 2021, a result from Idee C. Fox, who with the assistance of the Corporate Operations of the Municipality operating on the land designated corporately as CITY OF PHILADELPHIA, issued an order that was to immediately resume the alleged Tax Forclosure liens at a rapid pace, with the aid of Rochelle Bilal, who had entered into a 6 year illegal contract with Jesse Loomis of Bid4Assets Company to sale property taken by the PHILADELPHIA Corporation, in which the COPRPORATE Municipality operations on the land designated corporately as CITY OF PHILADELPHIA/COUNTY OF PHILADELPHIA with its agents Rochelle Bilal and Tariq El Shabazz acting on [its] behalf, underminded and violated PHILADELPHIA's own Corporate HOME RULE CHARTER. See as Exhibit 2b: (https://whyy.org/articles/phillys-online-sheriff-sale-contract-violated-city-charter/) As a result of this illegal action commenced. November 15th 2021 at 2:54 pm., the proceedings CITY OF PHILADEPHIA v. AARON P. WEST A/K/A AARON R. WEST AND MARIA WEST led to the sale of my property on an online auction house platform which denies limited public fora. (See Exhibit 3 and 3a). Which denied me, as well as, denied any other person who has suffered financially and personally throughout 2020, 2021 and 2022 from the hardship of COVID-19 any right to the recovery of or redemption of property that has been allegedly Foreclosed on. Bid4Assets Company demands a $5,000 F.R.N's upfront fee to even register on its website in order to bid for proprty taken for Public Sale i.e. Public use by the PHILADELPHIA Corporation via its contracting Agency guised as PHILADELPHIA SHERIFF OFFICE.

And so, there was no right accorded to me to be heard in a competent court (Article III venue

5

pusuant to the Constitution 1791) as Requested on the matter or to be able to clear up any matters of insensate with regards to my property. The Bid4Assets online auction house under the orders of Jesse Loomis, and with the assistance from Rochell Bilal, sold the alleged lien against my property to an Investment Company called PLUS HOUSING via the illegal 6 year contract

entered into by both Rochelle Bilal and a Jesse Loomis, which brought forth the sale of my property to a Jonathin Idemudian doing business as PLUS HOUSING COMPANY who recorded a Deed with the COPRPORATE Municipality operations on the land designated corporately as CITY OF PHILADELPHIA DEPARTMENT OF RECORDS on November 15th 2021, who then sold my property to a Jonathan Philip (a U.S. Juristic Citizen via the United Kingdom), who began ejectment procedures that led to me being forced evicted from my property. (See Exhibit 3b)

On or about February 16th, 1444 M.C.Y. = [2023 C.C.Y.] at 9:00 am. I was force evicted from my property, home that I have been in possession of for over Twenty-Five years by two corporate mercenaries (Semile Robinson et al.), guised as deputies from a [SHERIFF OFFICE AGENCY] claiming they have a writ of execution order from a [Municipal Court] under a contract to force evict me from my property. They proceeded to break into my property, home, by drilling away at the existing door locks until the door locks were fully removed. They then proceeded to break down my front door and burst into my house with their dangerous weapons drawn against my head and body with the intent to shoot if I made any sudden moves. the two corporate armed mercenaries removed both me and my consort from my property at gun point, and held us under an arrest status while other unknown persons removed all of the interior property contents from my home and took it all away. An unknown male named Jonathan Aday A.K.A. Jonathan Philip was present, and claiming to be the new owner of my property, as he locked me out of my home by changing my door locks and threatening me with trespass if I return to my property, replying "good luck," as he confiscated my Chevy Tahoe Truck from my property.

**IV. Injuries:**

1. Plaintiff is the living breathing being, Ex. Rel. AARON P. WEST or any derivative thereof, All Rights Reserved; have suffered injuries of severe mental stress, and emotional stress from being placed under an attack by unkown persons with dangerous weapons aimed at my head and heart in order to take my property under threat and coercion and theft. Loss of wealth.

2. There was no just compensation given to Plaintiff from the sale of plaintiff's property which was sold excessive of the taxes sought and recouped thus, the Defendants have confiscated and are keeping more than what was allegedly owed, allowing the Defendants doing business as the [CITY OF PHILADELPHIA] and Bid4Assets Company, and the PLUS HOUSING COMPANY to take and keep the entire value of my property that was foreclosed on, beyond what was allegedly owed.

3. Plaintiff is forced to servitude, forced to stand as "Surety" for the United States debt under extreem threat, duress, and coercion to ransom the / Private Estate / 'Man of Straw' / Transmitting Utility / AARON P. WEST as a LEGAL NAME (which means a Christain name that undermines that which is of a Moorish appellation and inherited ancestral right) under a fee, in order to live and domicile upon my Ancestral inherited land. And have the Right to be heard.

4. Plaintiff's Denial of Rights and Privileges as a National ...In violation of the Treaty of Peace and Friendship. "If any Citizen of the United States should kill or wound a Moor", the Law of the Country (Supreme Law of the Land i.e. Constitution for the United States Republic for North

6

America 1791) shall take place, and equal Justice shall be rendered as follows;

The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa,

across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States. The same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
Between Morocco and the United States
Article 4 - Article 20 - Article 21 - Article 24

Article 4
A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy. Declaration of the commander shall alone be sufficient to exempt any of them from examination.

Article 20
"If any of the Citizens of the United States, or any Person under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

Article 21
"If any Citizen of the United States should kill or wound a Moor, or, on the contrary, If a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

Article 24
If any differences shall arise by either party infringing on any of the articles of this fullest force, until a friendly application shall be made for arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property, And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any Christian Powers, the citizens of the United States shall be equally entitled to them.
The above herein listed Articles have been violated by all of the Defendants listed herein.

## V.
**ARGUMENT IN SUPPORT OF MY LEGAL RIGHT TO SUIT; CLAIM OF RIGHT;**
"Status" is the first issue in Law, as it determines the jurisdiction.
I am a Moor and not a Christain of a Christain Nation. See: the Treaty of Peace and Friendship 1787 which clearly distinguishes Moors from Christians i.e. Moorish appellation v. [Legal name]

7

I have a secured right to proclaim and declare my nationality. See: Rights of Indigenous peoples.

**The Zodiac Constitution:**
The Twelve Jurymen of the forty-eight (48) Union States Society, and also the nine Judges of the Supreme Court were founded upon the Moor Nation's Twelve Signs of the Zodiac Constitution, as well as the Applied Science of 0 to 9, and Geometry.

Thus without our Moorish Zodiac Constitution, gives evidence to the Magna Charta, Emancipation Proclamation, and Union Society of false claim of Albion ( modern European; erroneously called white) Supremacy to be founded in 1863.

The Constitution for These United States is the Supreme Law of the Land. Any law that is repugnant to the Constitution for the United States Republic is null and void of law. (See: Marbury v. Madison, 5 US 137. as a reference to this fact).

The Taking Clause of the Fifth Amendment to the Constitution for the United States Republic reads as follows: "Nor shall private property be taken for public use, without just compensation." This Clause is intended to uphold the principle that government should not single out isolated natural persons, natural living beings to bear excessive burdens, even in support of an alleged important public good. When this happens, the payment of "just compensation" provides a means of removing any special burden. See and review <u>Armstrong v. United States</u> (1960) for the most influential statement founded in this principle, where the Supreme Court's judges wrote: "The Fifth Amendment's [Taking Clause] ...was designated to bar Government from forcing some natural persons alone to bear public burdens which, in all fairness and justice, should be borne by the public as a whole."
For the Taking Clause serves this principle effectively. The guarantee of "just compensation" must apply at the very least to cases in which a goverment engages in the outright confiscation of property. This means more than merely a government taking a privately owned asset for itself. The principle also includes situations in which a government permanently deprives a owner, private owner of possession of the asset or gives the asset or the right to permanently physically domicile, inhabit the asset (property) to someone else.

Just compensation requirement must apply not only to land but to all forms of private property, especially when a government orders a naturan living being, natural person to pay a specific amount of money. **The Taking Clause prohibits a government from confiscating property (even with just compensation) if a government is not doing so for public use.** It encompasses at a minimum situations in which a government takes property from "A" for the purpose of giving that property to "B" solely for B's private benefit. "Just compensation" means that the owner of the property shall receive at a minimum, the fair market value of the property independent of a government taking.

The key areas of dispute about the meaning of the Constitution's "Taking Clause" relates to how much a government may burden a natural person property owner before triggering its obligation to pay just compensation.

"Any alleged debtor have a deeply rooted right to be paid for their equity in property seized to pay an alleged debt," a protection that spans more than 800 years, all the way back to the Magna Carta. That means PHILADELPHIA's tax-foreclosure law and others like it are unconstitutional.

8

**First.** by grabbing the surplus from a tax-foreclosure sale, de facto government guised as local government violate the Taking Clause of the Fifth Amendment, which prohibits taking private property without "just compensation." As the Supreme Court itself has recognized for more than 40 years. (Also see: Palazzolo v. Rhode Island, 533 U.S. 606 (2001)

Supreme Court Rule: *Municipalities* *can not,* *Exert any act of ownership in control over 'property' that is not owned by them*; **Palazzolo v. Rhode Island 533 U.S. 606.**)

- **Second.** the "practice" infringes on the Eighth Amendment's ban on **excessive fines**; after all, keeping the proceeds beyond what was allegedly owed, is, by its very definition, excessive. Although the Excessive Fines Clause had been dormant for decades, that changed in the year 2019 in Timbs v. Indiana.

- **Third.** the Corporate Operations of the Municipality operating on the land under the Doctrine of Discovery designated corporately as [CITY OF PHILADELPHIA / COUNTY OF PHILADELPHIA ] with its [Ministerial Administrative district], placed a lien on my property, adding $2,808.00 in penalties to a $1,317.00 property tax lien (Exhibit 4).

In addition, that [District] in collusion with a Jesse Loomis under [his] Bid4Asset Company, which added another $5,000 more in fee penalties, bringing the total tax lien to around $9,124.00 in fees, costs, and interest onto the AARON P. WEST alleged debt, then sold that lien to a Jonathin Idemudian's private investment company called [PLUS HOUSING COMPANY] in 2021, who then sold my property to a Jonathan Philip for $80,100.00. See Exhibit 5, and 5a. (which constitutes excessive fines profits of nearly $70,976.00). Force evicting me from possession of my private property of 25 years is is a violation of the Supreme Law of the Land, to place a lien on my unalienable and substantive rights and failure to compensate Plaintiff for taking the property.

- **Fourth.** I Harun El Authorized Representative: All Rights Reserved, Aaron P. West T.D.C. (estate), Ex. Rel. AARON P. WEST, am not arguing the issue of a ransom fee guised as a tax debt to extort the liberties that already exist with me, however, the hardship that I suffered via the 2020 COVID-19 Corporate Operations of the Municipality operating on the land designated corporately as CITY OF PHILADELPHIA [public lockdown], during at which time my Mother passed away March 21, 2020, the same time as the public lockdown began, and the same time a tax lien was being rapidly enforced upon Ex. Rel. AARON P WEST or any derivative thereof, under Doctrine of Discovery Municipality operating on the land designated corporately as CITY OF PHILADELPHIA, in collusion with an Investment Company called PLUS HOUSING via an illegal 6 year contract entered into by a Rochelle Bilal and a Jesse Loomis which brought forth the sale of my property to a Jonathan Philip, who began ejectment procedures that led to me being forced evicted from my property of (estate) Aaron P. West and caused an irreparable injury. I am raising the fact that I, the Plaintiff was never compensated for the act or accorded the proper chance to redeem my private property belonging to (estate) Aaron P. West.

- **Fifth.** Jonathin Idemudian's investment company called PLUS HOUSING via the assistance from the Municipality operating on the land designated corporately as CITY OF PHILADELPHIA turned around and sold my property for $80,100.00 and kept all profits for itself, a windfall of nearly $70,976.00 that represents the "equity" in the property, home that the Fifth Amendment secures that (estate) Aaron P. West should receive.

9

**Sixth.** In a Supreme Court case Knick v. Township of Scott (2019), which overturned a case involving a WILLIAMSON COUNTY Regional Planning Commission v. Hamilton Bank. As the Corporate Operations of the Municipality operating on the land designated corporately as WILLIAMSON COUNTY and (in this case, the CITY OF PHILADELPHIA) have effectively barred property owners from bringing federal takings claims in the federal courts which has violated the legal rights of property owners. And the controversial 1985 court decision of Williamson County is at the hear of it all. See: (https://pacificlegal.org/how-the-williamson-county-precedent-has-violated-propert-rights-for-decades/).

**Note:** *"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerial. Thompson v. Smith, 154 SE 583." Supreme Court Ruling.*

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities. Burns v. Sup., Ct., SF, 140 Cal. 1." Supreme Court Ruling.*

- **Seventh.** Constitutional property rights are civil liberties, and civil rights, which are Federal Rights. And protecting the natural person's, or individual's civil rights enshrined in the Constitution (1791) rest on the understanding that federal courts will enforce those rights against abuse by local governments and local agents. The Supreme Court's 5 - 4 decision in the Nick v. Township of Scott case which overturned the [Williamson County] case, stated that "[Williamson County] was not just wrong... Its reasoning was exceptionally ill founded and conflicted with much of our taking jurisprudence." Put simply. On a federal level, a Plaintiff must simply claim the government (*in this case, the Corporate Operations of the Municipality operating on the land designated corporately as CITY OF PHILADELPHIA guised as a local government in collusion with a Private contracting Agency guised as PHILADELPHIA SHERIFF OFFICE in collusion with a foreign Investment Company via a foreign Auction House Corporation*) took his or her property without providing or guaranteeing compensation for the act. (Also review a case before a federal district court "Coleman v. District of Columbia, and the case of Geraldine Tyler).

**Further details in the events giving rise to my claim via supporting evidence which reveals the willful malfeasance, and fraud comitted by the Defendants herein operating in their private and commercial capacity:** The informantion as follows, has been made public information via several public published News papers for the public record. For referenece only:

"A controversial [city] contract outsourced [sheriff sale] to a private online auction house issued in violation of the [Philadelphia de facto government's] contracting laws. In March 2021, auction operations contracted out to a Maryland-based company known as Bid4Assets. The shift triggered an outcry among housing activists and pols who said they were blindsided by the move -- culminating in a court order suspending foreclosure sales." (https://whyy.org/articles/phillys-online-sheriff-sale-contract-violated-city-charter/)

The CITY OF PHILADELPHIA's Home Rule Charter explicitly states that [its] corporate Law

10

Department "shall prepare or approve all contracts" issued by the [CITY]. In an email to Helen Gym [Council Member], from Andrew Richman Chief of Staff and Spokesperson of the [Philadelphia's Law Department] acknowledged that oversight did not occur in the Bid4Assets contract. (https://whyy.org/articles/phillys-online-sheriff-sale-contract-violated-city-charter/)
The CITY OF PHILADELPHIA's [Law Department] was not involved in the approval or preparation of this contract," Andrew Richman said. "which is a requirement."

Helen Gym questions about the [Law Department's] involvement -- or lack thereof -- in the contracting process, tied the irregularities to a lengthy history of corruption at the office. Helen Gym stated "There's a reason why this issue is critically important and why there's concern there

was a no-bid contract done without any oversight or [Law Department] approval despite the fact it's in the [CITY CHARTER]," (www.inquirer.com) she said. "The history of this office shows why oversight is important. It's not merely a technical bureaucratic requirement." (https://whyy.org/articles/phillys-online-sheriff-sale-contract-violated-city-charter/)
Helen Gym stated "There needs to be a thorough review of the entire process. And that's where we have to start." she said. "What should happen next ins't totally clear, according to sources involved in city discussions. Invalid contracts would need to be amended or possibly voided and reissued, but more complicated is the status of hundreds properties sold at auction under the terms of a voided contract. (https://whyy.org/articles/phillys-online-sheriff-sale-contract-violated-city-charter/) Helen Gym also countered: Its hard to imagine that anybody thought that it was appropriate to move forward at such a rapid rate on a no-bid contract without appropriate oversight.

"Jim Kenny" issued an order to the CITY OF PHILADELPHIA's Departments, Agencies, Boards, and Commissions to enter [contracts] and authorized the [City Solicitor] to suspend formalities that "may cause undue delay." A **Teresa Lundy, Spokesperson for the independent corporate entity/Agency guised as the [Philadelphia Sheriff Office] said it was also the reason the [contract] also did not go through a formal bid process.** (www.phillytrib.com) (www.inquirer.com)

Helen Gym, countered: "Its hard to imagine that anybody thought that it was appropriate to move forward at such a rapid rate on a no-bid contract without appropriate oversight." "Although the contract cost the [sheriff's office] nothing, over time, Bid4Assets collects a buyer's premium plaxed on properties. On a tax foreclosure, the company collects a premium of 10% of the property sale price, and on a mortgage foreclosure a 1.5% premium. (www.inquirer.com)

**Curtis Douglas** (defendant), of the [PHILADELPHIA SHERIFF OFFICE] as its top legal adviser, resigned after the illegal contract was addressed, he is now retired, he was responsible for helping construct the contract and helped launch the virtual sales. (www.inquirer.com)

Again. Helen Gym stated "Invalid contracts would need to be amended or possibly voided and reissued, but more complicated is the status of hundreds properties sold at auction under the terms of a voided contract." (https://whyy.org/articles/phillys-online-sheriff-sale-contract-violated-city-charter/)

**Further details in the events giving rise to my claim via supporting evidence:** A case before a federal district court, Coleman v. District of Columbia (2015), the [DISTRICT] held that "its

11

[LOCAL-GOVERNMENT] may define the terms under which a homeowner forfeits his property and his Constitutional rights to just compensation, because 'Coleman failed to pay the overdue taxes, penalties, cost, and interest in the time provided by [District] law, the [District] says the Constitution has nothing to say." But the [DISTRICT OF COLUMBIA] is wrong. In the Coleman case, the Supreme Court held that: "The [DISTRICT] may not avoid the "Taking Clause" just because it made a law that said [it] could."  The Supreme Court rejected [goverment] attempts to "shape and define property rights" in a manner that would effectively "put an expiration date on the Taking Clause." "If the [STATES] and federal government were allowed the final say on what constitutes a valid forfeiture of constitutional rights, then [government] would find it all to easy to take property - indeed, all rights - from the public." ( https://pacificlegal.org)

 **Note:** A Record Number for filing a report with the United States Department of Justice, giving notice of this information as evidence is under: record number 260727-QSH
used for tracking the case recorded.
Report successfully submitted.

*Void contract, illegal contract meanings: unenforceable by any tribunal...***What happens if a contract is illegal?** *"Illegal contracts are those that require either party to engage in an illegal activity to fulfill the contract - this would not be considered a legal contract by the court and could not be enforced. Illegal contracts are void and neither party will be entitled to relief if the other party breaks the contract. Where a contract is illegal when formed, neither party will acquire rights under that contract, regardless of whether there was any intention to break the law.* **The contract will be void and treated as if it was never entered into.** *The effect of a void contract is that the circumstances between both parties must be resolved as though the contract had never been created.  This means that neither party can enforce the agreement, nor do they (the parties involved) have any obligation or rights under the contract.*

### RELIEF

In preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc. I hereby, Demand the enforcement of the De Jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution 1791; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'--Day 19, September 1949, The World Court Decision, The Hague, Netherlands, Day 21, January 1958 A.D. = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause and Taking Clause;  Amendment IX, etc., etc

I Harun al-rashid El, Authorized Representative, Ex. Relatione: AARON P. WEST and any derivative thereof. All Rights Reserved; hereby, Demand the full market value of my property care of: 7337 Chelwynde Avenue, and equitable surplus and Just Compensation and Declaratory

12

relief for damages pursuant to the Constitution for the United States of America (1791) from the sale and Taking of my property; Pursuant to the Fifth Amendment's Taking Clause of the Constitution for the United States Republic for North America. And, a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made, have been made or issued, which are devoid of true identity personages; And a denial of 'Due Process' of Law, and a 'Trial' by Jury of my own Free National Peers; or absent of a verified and lawful indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place, to the reversion of my estate, property.

1)   I, (Harun al-rashid El), demand Due Process as protected by the First (1st) Fourth (4th) Fifth (5th) Sixth (6th) and Eighth (8th) Amendment(s) of the Constitution (1791) for the United States of America (Republic).

2)   I, (Harun al-rashid El), demand this United States Supreme Court stop these abuses of the colorable authority by the respondent/defendants named herein, as it pertain to this Plaintiff.
3) I, (Harun al-rashid El), demand if any criminal charges be found, let them be placed upon the **Defendants** on the grounds; RICO Act, Title 18 USC 1341 - Fraud and Swindles, Title 18 USC 1342 - fictitious Name or Address, Title 18 USC 1346 - Definition of " Scheme or Artifice to Defraud", violation of the American Constitution 1791, violation of the Treaty of peace and friendship 1787, violations pursuant to U.S.C. Title 18 Chapter 13 section 241, 242 – 245 of Conspiracy against Rights, Deprivation of Rights under color of law and Section 245.
4)   I, (Harun al-rashid El), demand this United States Supreme Court view this Plaintiff's rights (in my Proper Status) as a Moor American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.
5)   I, (Harun al-rashid El) do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable Secured by the American Constitution of 1791 or Treaty of Peace and Friendship of 1787, 1836, and hereby requests and demand the United States Supreme Court Republic via the United States District Court Eastern District of Pennsylvania Third Circuit to fulfill their obligation to preserve the rights of this Plaintiff (Moorish American, National) and carry out their Judicial Duty in 'Good Faith' by ordering Defendants to be brought before the Law to answer for their criminal and unjust actions.
6)   All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.
7) **All** Defendants herein, are being sued in his and her private capacity, Seventy Five Thousand (75,000.00 Dollars) for compensatory damages, and Seventy Five Thousand (75,000.00 Dollars) for punitive damages.

**TAKE FURTHER NOTICE** that any past, present, or future losses or injuries against me or my Estate, associated with any past or present actions committed by the defendants, colluding with the Corporate Operations of the Municipality operating on the land designated corporately as [CITY OF PHILADELPHIA or PHILADELPHIA COUNTY] - including any fraud – based liens placed against my private Estate; my personal Identity; or against my private property, - and all unlawful visits initiated against my interests, committed by the defendants, and their associates, to cause injury or loss of, or to, my personal private Estate / Properties, results in a 'tort' lawsuit against the Defendants in their personal and private capacity. National and International Law venues shall apply. The same shall be applied to the foreign, unregistered persons / agents

13

*(exercising cross-jurisdiction)* and alleging authority *(not lawfully - delegated by de jure law).*
**Notice to the Agent is Notice to the Principle; Notice to the Principle is Notice to the Agent.**

I declare and Affirm under the American Constitution (1791) and under the law of the United States Codes
that the above is true and correct to the best of my knowledge and honorable intent.
Respectfully submitted this ____ day of ____, 1444 M.C. = 2023 [C.C.Y.]

I Am: _____
Harun al-rashid El, Authorized Representative
Natural Person, In Propria Persona. Sui Juris. Sui Heredes.
Solo Proprio.  All Rights Reserved: With Prejudice
Care of: P.O. Box 4941 Philadelphia Pennsylvania [19119]
E-Mail Address: harunalrashidel@yahoo.com     Northwest Amexem, The North Gate

Witness _____ Natural Person, In Propria Persona. All Rights Reserved.

cc:

United States Justice Department
United States Attorney General

John G. Roberts, Chief Justice
United States Supreme Court

International Court of Justice
Peace Palace,  The Hague, Netherland

International Criminal Court
Luis Moreno-Ocampo

Interpol
Lyon, France

United Nations, High Commissioner for Human Rights
Geneva Switzerland

Great Seal National Association of Moorish Affairs

14

*Exhibit 1*



First Judicial District of Pennsylvania
Court of Common Pleas of Philadelphia County

**Important Notice to Homeowners**
Please read the following information carefully:

## A suit has been filed
because of unpaid taxes on the property at:

7337  CHELWYNDE AVE , Philadelphia, Pennsylvania

Read the "**Rule Returnable Civil Tax Petition**"
for important deadlines, dates, and times.

To object in person
**you SHOULD attend the Court Hearing on:**

August 7, 2019 at 9:00 AM
Philadelphia City Hall
Courtroom 676

If you do not attend the hearing,
**the Property May Be Sold**
at a Sheriff's Sale.

For **free help** call
the Save Your Home Philly Hotline
215-334-HOME or 215-334-4663

You can also contact the law firm representing the Petitioner directly
to discuss your case and make payment arrangements.

E-FILE #1904052847
\\zdrtaxpet 10/16/2017

*Exhibit 1*

3.      Claims for Taxes have been filed with the Prothonotary by the City of Philadelphia against the Property resulting from the non-payment of the Taxes.  The City's official tax claim lien docket number is listed for each Claim included in this Petition on the attached Statement of Account, which is attached hereto and made a part hereof.  The City's Claims constitute first and paramount liens against the Property, as provided by 53 P.S. §7102 and §7106.

4.      Petitioner has obtained a statement of the Taxes subject to this proceeding which are set forth in detail on the Statement of Account, which is attached hereto and made a part hereof. Petitioner demands payment of the "Total Amount Due" for the Taxes identified in the Statement of Account, together with penalties, interest, attorney fees, lien costs and other charges, expenses and fees, including record costs, if any, which will continue to accrue on the unpaid portion of the Taxes due, through the end of the month in which full payment of the Taxes is made as provided by law.  Additional Claims for taxes not identified on the Statement of Account may be due and owing to Petitioner by Respondent(s) for the Property.

5.      Petitioner has obtained a Tax Information Certificate which is attached hereto and made a part hereof which more fully describes the Property and shows the state of the record and the ownership of the Property as well as all tax and municipal claims, liens, mortgages, ground rents, charges and estates of record against the Property which were discovered in the search.

6.      The owner Respondent(s) named in the caption above, and the additional Respondents named in Paragraph 7 below owned or possessed record interests in the Property at the time of the filing of this Petition, which interests may be affected by this proceeding.

7.      The Respondents in this matter are the following:

Aaron P. West aka Aaron R. West,
with Notice to Heirs & Assigns
7337 Chelwynde Ave
Philadelphia, PA 19153

Maria West,
with Notice to Heirs & Assigns
7337 Chelwynde Ave
Philadelphia, PA 19153

Aaron P. West aka Aaron R. West,
with Notice to Heirs & Assigns
6519 N Smedley St
Philadelphia, PA 19126

Maria West,
with Notice to Heirs & Assigns
6519 N Smedley St
Philadelphia, PA 19126

BRT# 404310000

Exhibit 1-a

Exhibit 1a

## 2003-4021

---

# SHERIFF SALE

---

By Virtue of a Writ of Decree Will be exposed to

# PUBLIC SALE

## Thursday, March 26, 2020
## at 9:00 AM

## The First District Plaza
## 3801 Market Street
## Philadelphia, PA  19104

40th Ward     FRT. 16' X 70'     7337 Chelwynde Ave, Philadelphia, PA 19153
OPA# 404310000
As fully described in the Tax Information Certificate.

AARON P. WEST AKA AARON R. WEST
AND MARIA WEST

$ 4,537.80
C.P. 1904T0309

**Rochelle Bilal, Sheriff**
**Richard Verrecchio, Real Estate Chief Inspector**
**Richard Tyer, Executive Director, Real Estate**
**Land Title Building, 100 South Broad Street, 5th Floor, 686-3535**

Under Provisions of Act of Assembly of May 16, 1928, P.L. 207, as amended, which provides that purchaser takes property free and clear of encumbrances, subject only to rights of redemption.

---

## NOTICE:

A schedule of distribution will be on file in the Office of the Sheriff, 100 South Broad Street, 5th Floor, thirty (30) days after date of sale, and distribution will be made in accordance with that schedule unless exceptions are filed in writing within ten (10) days thereafter with the Sheriff.

*Exhibit 2a*

*Exhibit I-c*

## 2003-4021

# SHERIFF SALE

By Virtue of a Writ of Decree Will be exposed to

# PUBLIC SALE

**Tuesday, April 27, 2021
at 10:00 AM**

**www.bid4assets.com/philadelphia**
C.P. 1904T0309

| | | |
|---|---|---|
| 40th Ward | SQ FT 1120 | Real Debt    $ 9,124.08 |

OPA# 404310000

ADDRESS: 7337 CHELWYNDE AVE, PHILADELPHIA, PA 19153

AARON P. WEST AKA AARON R. WEST AND MARIA WEST

ATTORNEY GRB LAW

**Rochelle Bilal, Sheriff**
**William Moore, Real Estate Lieutenant**
**Darrell Stewart, Director, Real Estate**
**Land Title Building, 100 South Broad Street, 5th Floor, 686-3535**

Under Provisions of Act of Assembly of May 16, 1928, P.L. 207, as amended, which provides that purchaser takes property free and clear of encumbrances, subject only to rights of redemption.

**NOTICE:**
A schedule of distribution will be on file in the Office of the Sheriff, 100 South Broad Street, 5th Floor, thirty (30) days after date of sale, and distribution will be made in accordance with that schedule unless exceptions are filed in writing within ten (10) days thereafter with the Sheriff.

For additional information about Sheriff Sales go to www.phillysheriff.com

Exhibit 3

*The same having been sold, on the 27th day of April Anno Domini Two Thousand Twenty-One, after due advertisement, according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of April Term, Two Thousand Nineteen Number T0309 as the suit of:*

CITY OF PHILADELPHIA

VS.

AARON P. WEST A/K/A AARON R. WEST AND MARIA WEST

**In witness whereof, I have hereunto affixed my signature this 25th day of October Anno Domini Two Thousand Twenty-One.**

**SEALED AND DELIVERED**
**IN THE PRESENCE OF:**

_____
Witness

*Melissa S. Simpson*
_____
Witness

**Rochelle Bilal, SHERIFF**

**BY**

*Tariq Karim El-Shabazz*
_____
Tariq El-Shabazz, Esq., Undersheriff

53903883   Page 3 of 6   11/15/2021 02:54 PM

Exhibit 3a

**Commonwealth of Pennsylvania** :
**County of Philadelphia** :

On this, the 25 Oct 2021, before me, the undersigned Officer, personally appeared ROCHELLE BILAL, BY HIS/HER UNDERSHERIFF TARIQ EL-SHABAZZ, ESQ., Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.

*In Witness Whereof, I hereunto set my hand and official seal.*

*Steven J. Wulko*
_____
**Office of Judicial Records**
Steven J. Wulko, Deputy Director

Book No. ___ 2003 ___
Writ No. ___ 4021 ___
Control No. ___

# Deed = Poll

Rochelle Bilal, SHERIFF

TO

PLUS HOUSING CO

Apr. T. 2019

No. ___ T0309

Premises:
7337 CHELWYNDE AVE
PHILADELPHIA, PA19153-2205

CITY OF PHILADELPHIA

VS.

AARON P. WEST A/K/A AARON R. WEST AND MARIA WEST

Sheriff of the County of Philadelphia
Captain Sean Thornton
Witness
Real Estate/Settlement Dept.
Land Title Building
100 South Broad Street 5th Floor
Philadelphia, PA19110

The Address of the within-named Grantee
107 W BROAD STREET
HATFIELD, PA19440
On behalf of the Grantee
_____
Rochelle Bilal, SHERIFF
Philadelphia Sheriff Office

Exhibit 3b



# CITY OF PHILADELPHIA

**DEPARTMENT OF RECORDS**
160 City Hall, Philadelphia, PA 19107
215-686-2290
*www.phila.gov/records*
James P. Leonard, Esq., Commissioner

OCCUPANT
7337 CHELWYNDE AVE
PHILADELPHIA PA 19153-2205

January 25, 2022

**Document #:** 53903883
**Type / Tipo:** DEED / ESCRITURA
**Date / Fecha:** 11/15/2021

(Message in English & Spanish)
(Mensaje en Inglés y Español)

**Name & Address / Nombres y Domicilio:**

PLUS HOUSING CO
7337 CHELWYNDE AVE

Dear Property Owner,

In order to prevent real estate fraud, the Records Department notifies the property owner when a deed or mortgage is recorded. Recently, the document described above was recorded in the Philadelphia Records Department.

**If you are already aware of the recorded document and there are no problems with it, you need do nothing further.**

If you are not aware of the recorded document, you can view or obtain a copy from the Records Department, Room 154, City Hall, Monday through Friday, 8:00 AM to 4:00 PM. If necessary, you may want to obtain the services of a private lawyer. You may contact The Lawyer Referral and Information Service (LRIS) of the Philadelphia Bar Association, 215-238-6333, Philadelphia Legal Assistance, 215-981-3800, Community Legal Services (CLS), 215-981-3700, or the SeniorLaw Center, 215-988-1242.

**NOTE:** This new recording may impact your property for purposes of the Homestead Exemption program. You may need to reapply to receive the Homestead Credit on your City real estate taxes. For more information, please visit www.phila.gov/OPA/AbatementsExemptions/Pages/Homestead.aspx or contact the Revenue Department at 215-686-6442.

---

Para prevenir el fraude en bienes raíces, el Departamento de Archivos de la Ciudad de Filadelfia notifica al dueño de la propiedad cuando un testamento o hipoteca es archivada. Recientemente, el documento descrito arriba fue archivado en el Departamento de Archivos de Filadelfia.

**Si usted ya sabe que hay un documento registrado y no hay problema con este, entonces ya no necesita hacer nada más.**

Si usted no está enterado de que hay un documento registrado, puede verlo u obtener una copia en el Departamento de Registros, Oficina 154 de la Casa Alcaldía, de lunes a viernes, de 8:00 AM a 4:00 PM. Si es necesario, podría querer adquirir los servicios de un abogado privado. Puede comunicarse con La Referencia de Abogados y Servicio de Información (The Lawyer Referral and Información Service, LRIS) del Colegio de Abogados de Filadelfia, 215-238-6333, Asistencia Legal de Filadelfia, 215-981-3800, Servicios Legales de la Comunidad (Community Legal Services – CLS), 215-981-3700, o con el Centro de Leyes para Personas Mayores, 215-988-1242.

**NOTA:** Este registro nuevo puede ocasionar un impacto en su propiedad por motivos del programa de Exención Impositiva para Viviendas Familiares. Puede que tenga que volver a presentar una solicitud para recibir el crédito de vivienda de sus impuestos de bienes raíces en la ciudad. Para obtener más información, por favor visite www.phila.gov/OPA/AbatementsExemptions/Pages/Homestead.aspx o comuníquese con el Departamento de Ingresos al número 215-686-6442.

Civil Docket Report

*Exhibit 3b*



🛒 No Items in Cart    LOG IN

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 211101943 |
| Case Caption: | PLUS HOUSING CO. VS UNKNOWN |
| Filing Date: | Tuesday , November 23rd, 2021 |
| Court: | RENT, LEASE & EJECTMENT |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | EJECTMENT |
| Status: | ACTIVE CASE |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | GOSSETT JR, GEORGE |
| Address: | 4840 OLD YORK RD PHILADELPHIA PA 19140 (267)978-1879 Gossettlaw@msn.com | Aliases: | *none* | |
| 2 | 1 | | PLAINTIFF | PLUS HOUSING COMPANY |
| Address: | 4840 OLD YORK RD. PHILADELPHIA PA 19141 | Aliases: | *none* | |
| 3 | | | DEFENDANT | UNKNOWN, OCCUPANT |

 CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
TAX REVENUE BUREAU



**REAL ESTATE TAXES**
**2020 BILL**

*Exhibit 4*

WEST AARON
7337 CHELWYNDE AVE
PHILADELPHIA PA 19153-2205

| | |
|---|---|
| Property Billed: | 7337 CHELWYNDE AVE |
| Property Owner: | WEST AARON |
| Account Number: | 40-4-310000 |
| Property ID: | 2264007337 |
| SSN: | XXX-XX-2156 |
| Market Value: | $94,100.00 |
| Taxable: | $94,100.00 |
| Net Taxable: | $94,100.00 |

Questions? Preguntas?
Call (215) 686-6442 or email us at revenue@phila.gov
Monday - Friday, 8:30am - 5:00pm

This bill represents your current year tax liability only. Additional amounts will accrue if payment is received after March 31, 2020. Only payment in full or a payment agreement will prevent enforcement action.

Tax due before reductions:                              $1,317.21
REDUCTIONS: (See Note Below¨)
Total Reductions:

**TAX RATE:**
City 6.317
School 7.681
Total 13.998
(Per $1000.00 of Taxable Assessd Value)

Overpayment from 2019 and/or prior years:
Pre Payment / Credits to the 2020 Tax:
DUE ON OR BEFORE FEBRUARY 28, 2020: (includes 1% discount)   $1,304.04
TAX DUE ON OR BEFORE MARCH 31, 2020:                         $1,317.21

IMPORTANT: Additions imposed by law will accrue on the unpaid 2020 tax at the rate of 1.5% per month from April 1, 2020 through December 31, 2020. As of January 1, 2021, these additions will be added to the principal. There will also be a lien fee, and additional interest, penalties, and other charges will begin to accrue.

** NOTE: Accounts receiving discounts will be audited. If you are receiving discounts for which you are not entitled, you must call (215) 686-6442 to avoid fines and penalties.

Pay by FREE e-check at www.phila.gov/revenue

**Paying by mail?**
Send this coupon along with a check payable to:
**City of Philadelphia**



| | |
|---|---|
| Owner Billed: | WEST AARON |
| Property Billed: | 7337 CHELWYNDE AVE |
| Account #: | 40-4-310000 |
| Property ID: | 2264007337 |

| Tax Due if Paid on or Before FEBRUARY 28, 2020: (includes 1% discount) | $1,304.04 |
|---|---|
| Tax Due if Paid on or Before MARCH 31, 2020: | $1,317.21 |

Amount enclosed:   $ _____

**DEPARTMENT OF REVENUE**
**P.O. Box 8409**
**Philadelphia, Pennsylvania 19101-8409**

333600229200000000004310000000013172100001304040200000000161986404

Your tax payment helps to fund our Philadelphia Public School System. Thank You for your support!
DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE

*Exhibit 5*

3 bd | 1 ba | 1,120 sqft

7337 Chelwynde Ave, Philadelphia, PA 19153

● **Sold: $80,100** | Sold on 11/15/21 |

Zestimate®: **$178,600**

**Est. refi payment:** $404/mo   $   **Refinance your loan**

---

**Home value**   Owner tools   Home details   Neigh >

---



**ZILLOW HOME LOANS**

**Get pre-qualified for a loan**
At Zillow Home Loans, we can pre-qualify you in as little as 3 minutes with no impact to your credit score.

**Start now**

An equal housing lender. NMLS #10287.

---

# Home value



Zestimate

# $178,600

 
*Exhibit 5a*

‹ **Philadelphia**    **trulia**    ☰

# Price History for 7337 Chelwynde Ave

**11/15/2021**                    **$80.1K**
**Sold**
N/A                                    ⌃

**Recording Date**          **County Transfer Tax**
11/15/2021                    N/A

**Total Transfer Tax**
$43

**05/19/2012**                    $80K
**ListingRemoved** *Fraud*
Agent Provided

**01/27/2012**                    $80K
**Listed For Sale**
Agent Provided

**12/12/1997**                    $30K
**Sold**
N/A                                    ⌃

**Recording Date**          **Contract Date**
12/12/1997                    10/09/1997

Bradley Hollan Emmit
c/o 2008 Reserved
C/B R.O.G.A 4441
Philadelphia Pennsylvania 19119

Office of the Clerk
United States Supreme Court
Eastern District of Pennsylvania
James Byrne U.S. Courthouse,
601 Market Street
Philadelphia- Pennsylvania 19106

U.S.M.S.
X-RAY